IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANKIE L. COLE,<br><br>　　　　　　Defendant. | 8:23CB10<br><br>VIOLATION NO. NE14-9183408, NE14-9183409, NE14-E1876655, AND NE14-E1876656<br><br>ORDER |

　　　　On May 12, 2025 the court held a CVB hearing. The defendant was advised of the charges and the possible penalties. The defendant was advised of his rights. Defendant waived right to counsel. The defendant plead guilty as charged in citation NE14-9183408. Court accepted defendant's guilty plea. Court found the defendant guilty. Violation Notices NE14-9183409, NE14-E1876655, and NE14-E1876656 are dismissed on the oral motion of the government. The warrants are canceled. Pursuant to a plea agreement with the government, the defendant is sentenced to a term of imprisonment of 3 days and shall receive credit for time and costs served. Processing fee and special assessment are satisfied by the time served. The defendant is released from custody as his sentence of imprisonment has been served in full.

　　　　Dated this 12th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge